1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRUCE FEASTER,

Plaintiff,

v.

THE STATE OF NEVADA, et al.,

Defendants.

Case No. 2:14-cv-01293-JCM-PAL

ORDER

12   Before the court is the Report of the Office of the Attorney General re: Results of the 90-

13   Day Stay (Dkt. #14).  The report advises the court that a mediation session was conducted on

14   January 23, 2015, wherein the parties reached a settlement.  Accordingly,

15   **IT IS ORDERED** that the parties shall have until **February 26, 2015,** to file a

16   stipulation to dismiss.  Alternatively, if the parties have not filed the stipulation to dismiss, the

17   parties may file a joint status report advising the court when the stipulation to dismiss will be

18   filed.

19   DATED this 27th day of January, 2015.

20

21

22   PEGGY A. LEEN

22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1