```
 1  ADAM PAUL LAXALT
    Nevada Attorney General
 2  DENISE S. MCKAY
    Senior Deputy Attorney General
 3  Nevada Bar No. 10507
    Public Safety Division
 4  555 E. Washington Ave., Ste. 3900
    Las Vegas, NV 89101
 5  P: (702) 486-3420
    F: (702) 486-3773
 6  dmckay@ag.nv.gov
    Attorneys for Defendant Dwight Neven
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE FEASTER,<br><br>                   Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA ET AL.,<br><br>                   Defendants. | Case No. 2:14-cv-01293-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### I.

### STIPULATION

Plaintiff Bruce Feaster, appearing in pro se, and Defendant Dwight Neven, by and through counsel, Adam Paul Laxalt, Attorney General, and Denise S. McKay, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate to dismiss this action with prejudice. Each party shall bear their own costs and fees incurred in litigating this action.

| DATED this 9th day of February, 2015.<br><br>ADAM PAUL LAXALT<br>Attorney General<br><br>By: /s/ Denise S. McKay<br>DENISE S. MCKAY<br>Senior Deputy Attorney General<br>Nevada State Bar No. 10507<br>Attorneys for Defendant Dwight Neven | DATED this 11 day of February, 2015.<br><br><br><br>By: [signature]<br>BRUCE FEASTER (# 82621)<br>Plaintiff in pro se |
|---|---|

-1-

II.

ORDER

Pursuant to stipulation of the parties as stated above, this action is DISMISSED with prejudice. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 18, 2015

Respectfully submitted,

ADAM PAUL LAXALT
Attorney General

By:  /s/ Denise S. McKay
DENISE S. MCKAY
Senior Deputy Attorney General
Nevada State Bar No. 10507
*Attorneys for Defendant*

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

-2-